Prob12C
(7/93)

# United States District Court
## for the District of Massachusetts
### Petition for Warrant or Summons for Offender Under Supervision

**Name of Offender:** Ronald J. Marshall  **Case Number:** 96 CR 10337-001

**Name of Sentencing Judicial Officer:** Honorable Robert E. Keeton

**Date of Original Sentence:** February 5, 1999

**Original Offense:** Conspiracy to Distribute Marijuana and Distribution of Marijuana

**Original Sentence:** 60 months custody of the Bureau of Prisons followed by 48 months supervised release

**Type of Supervision:** Supervised Release    **Date Supervision Commenced:** 3/20/01

**Asst. U.S. Attorney:** Geoffrey Hobart    **Defense Attorney:** George F. Gormley, retained

## PETITIONING THE COURT

As the Court may recall, the U.S. Probation Department notified Your Honor of Ronald Marshall's arrest shortly after it occurred on 4/17/03. Subsequently, you adopted our recommendation that Marshall be afforded due process in state court and that we place Marshall on home detention with electronic monitoring not as a sanction for the alleged violation, but to monitor Marshall and provide for greater protection of the community. At the request of the U.S. Probation Office, on May 6, 2004 Your Honor concurred with our recommendation to remove Marshall from electronic monitoring since it appeared that he was in general compliance with his other conditions of supervised release and that there appeared to be no immediate resolution to the pending state charges. Recently, the pending charges have been resolved through Marshall's guilty plea in Salem District Court, and as such, our office is requesting that he be summonsed into court to answer to this violation.

[ ] To issue a warrant
[X] **To issue a summons**

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| I | **Violation of Standard Condition: The defendant shall not commit any other federal, state or local crime.** |
| | On 4/17/03, Ronald J. Marshall was arrested by the Beverly Police Department and charged with Drug Violation Near School Zone/Park, Distributing Class D(marijuana) Subsequent Offense and Carrying Dangerous Weapon(switchblade). Marshall was held at the Essex County House of Correction until he posted $5,000 bail. After several continuances, the matter was scheduled for trial on 9/16/04 in Salem District Court (Docket No: 0336 CR 1200). On 9/16/04, Marshall entered a guilty plea to Possession with Intent to Distribute Class D Substance and the remaining charge of Drug Violation Near School Zone/Park was dismissed. He was sentenced to two (2) years house of correction, sentenced suspended for two (2) years, probation. |

| Ronald J. Marshall | - 2 - | **Petition for Warrant or Summons** |
| Prob 12C | | **for Offender Under Supervision** |

Information taken from the Beverly Police Department arrest report indicates that Marshall was stopped by Beverly Police officers after they observed him run a stop sign on the corner of Mill & Beckford Streets. Marshall was very evasive during the officers' questioning of him. Eventually, Marshall gave the officers permission to search the vehicle at which time they found two fanny packs containing two ounces of marijuana and a small scale. Additionally, the police recovered a switchblade located on the center console.

**U.S. Probation Officer Recommendation:**

The term of supervision should be:
    [X]    Revoked
    [ ]    Extended for year(s), for a total term of years.

[ ]    The conditions of supervision should be modified as follows:

Reviewed/Approved by:
_____
Brian McDonald
Supervising U.S. Probation Officer

Respectfully submitted,
By _____
Paul C. Prevey
Senior U.S. Probation Officer
Date: 9/26/04

**THE COURT ORDERS**
[ ]    No Action
[ ]    The Issuance of a Warrant
[X]    The Issuance of a Summons
[ ]    Other

_____
Signature of Judicial Officer
Senior U.S. Dist. Judge
10/5/04
Date